TILLIE LEVITON et al., Respondents, v. BRISTOL-MYERS COMPANY, Defendant, and DOHERTY, CLIFFORD, STEERS & SHENFIELD, INC., Appellant.—

No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

TILLIE LEVITON et al., Respondents, v. BRISTOL-MYERS COMPANY, Appellant, et al., Defendant.—

No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

THEODORE R. MALONE, Appellant, v. FREDERICK H. LUNEBURG et al., Respondents.—

No opinion. Nolan, P. J., Beldock and Christ, JJ., concur; Ughetta and Kleinfeld, JJ., dissent and vote to reverse the judgment and to grant a new trial, on the ground that a question of fact was presented as to plaintiff's contributory negligence, which should have been submitted to the jury (Dranofsky v. Collins, 271 App. Div. 932; Knapp v. Barrett, 216 N. Y. 226).

MASROSE CONSTRUCTION CORP., Appellant, v. GERALD MONTER et al., Respondents.—

No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.